1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHELLA C. ALFARO BRITTANY,              No.  2:24-cv-3394-TLN-SCR

12            Plaintiff,

13        v.                                   FINDINGS AND RECOMMENDATIONS

14   WESTFIELD MALL,

15            Defendant.

16

17

18        Plaintiff Michella Brittany is proceeding pro se in this action, which was referred to the

19   undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On December

20   5, 2024, Plaintiff filed an application to proceed in forma pauperis ("IFP").  ECF No. 2.  On May

21   5, 2025, the Court denied the IFP application and ordered Plaintiff to either pay the filing fee or

22   file for voluntarily dismissal within 21 days.  ECF No. 3.  As of these findings, Plaintiff has not

23   filed for voluntary dismissal or paid the filing fee.

24        When deciding whether to recommend dismissal for failure to comply with a court order,

25   the Court must consider "(1) the public's interest in expeditious resolution of litigation; (2) the

26   court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy

27   favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives."

28   *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted).  "The public's

1

1   interest in expeditious resolution of litigation always favors dismissal." *Yourish v. Cal. Amplifier*,

2   191 F.3d 983, 990 (9th Cir. 1999).  The Court's need to manage its docket also weighs in favor of

3   dismissal, particularly given the heavy caseload in this District.  The third factor is neutral given

4   that Defendant has not yet appeared, but "[u]nnecessary delay inherently increases the risk that

5   witnesses' memories will fade and evidence will become stale." *Pagtalunan v. Galaza*, 291 F.3d

6   639, 643 (9th Cir. 2002).  The fourth factor weighs against dismissal, but less so if Plaintiff is not

7   precluded from litigating this matter.  The Court has considered less drastic alternatives and

8   concludes that dismissal without prejudice is appropriate.

9   Accordingly, **IT IS HEREBY RECOMMENDED THAT** this action be DISMISSED

10  WITHOUT PREJUDICE.  These findings and recommendations are submitted to the United

11  States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).

12  Within fourteen (14) days after being served with these findings and recommendations, Plaintiff

13  may file written objections with the court.  Such document should be captioned "Objections to

14  Magistrate Judge's Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that

15  failure to file objections within the specified time may waive the right to appeal the District

16  Court's order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

17  **SO ORDERED**.

18  DATED: June 13, 2025

19

20  SEAN C. RIORDAN
    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28