UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLA C. ALFARO BRITTANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WESTFIELD MALL,<br><br>　　　　Defendant. | No. 2:24-cv-3394 TLN SCR<br><br><br>**ORDER** |

　　　　Plaintiff Michella C. Alfaro Brittany ("Plaintiff") is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

　　　　On June 13, 2025, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 4.) The deadline has passed, and no objections have been filed.

　　　　The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the Court finds the findings and recommendations to be supported by

1  the record and by the proper analysis.

2      Accordingly, IT IS HEREBY ORDERED that:

3  1. The findings and recommendations filed June 13, 2025, (ECF No. 4), are adopted in full; and

5  2. This action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

6  DATED: September 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2